This memorandum is uncorrected and subject to revision before publication in the New York Reports.
--------------------------------------------------------------

No. 188  SSM 10
The People &c,
          Respondent,
        v.
Cliffton Fletcher,
          Appellant.

Submitted by Dina Zloczower, for appellant.
Submitted by Howard B. Goodman, for respondent.

MEMORANDUM:

The order of the Appellate Division should be affirmed. Whether the circumstances of this particular case gave rise to reasonable suspicion presents a mixed question of law and fact that is beyond our review if there is support in the record for the determination (see People v William, 19 NY3d 891, 893 [2012];

- 1 -

<u>People v Pines</u>, 99 NY2d 525, 527 [2002]).  Here, such record

support exists.  Defendant's remaining argument has been

considered and found to be lacking in merit.

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

On review of submissions pursuant to section 500.11 of the Rules
(22 NYCRR 500.11), order affirmed, in a memorandum.  Chief Judge
DiFiore and Judges Pigott, Rivera, Abdus-Salaam, Stein, Fahey and
Garcia concur.


Decided August 25, 2016